People of the State of Illinois, Plaintiff-Appellee, v. Jeroid Barbour, Sr., a/k/a "Pee Wee" Barbour, Impleaded, Defendant-Appellant.

Gen. No. 10,968. (Abstract of Decision.)

Fourth District.

May 13, 1969.

W. H. Kasten, of Springfield, for appellant; Richard A. Hollis, State's Attorney of Sangamon County, of Springfield (Bruce D. Locher, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.